**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

TAMONICA BROWN                                                              PLAINTIFF

VS.                                                    CIVIL ACTION NO. 3:07-CV-00669DPJ-JCS

TRANSNATIONAL BANCARD, INC.                                                DEFENDANT

**AGREED ORDER OF DISMISSAL**

**THIS DAY** before this Court came on to be heard the joint ore tenus motion of Tamonica

Brown and Transnational Bancard, Inc. to dismiss this civil action as to Transnational Bancard,

Inc. with prejudice, and the Court, after having heard and considered same, finds that said motion

should be granted.

**IT IS, THEREFORE ORDERED AND ADJUDGED** that this civil action is dismissed

as to Transnational Bancard, Inc., with prejudice.

**SO ORDERED AND ADJUDGED** this the 31st day of October, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AND AGREED:

_____
STEPHEN MONTAGNET, ESQ., MSB # 10049
ATTORNEY FOR TAMONICA BROWN

_____
LAURA HENDERSON-COURTNEY, MSB# 2266
ATTORNEY FOR TRANSNATIONAL BANCARD, INC.